UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ERNEL CHAMBERS,

      Petitioner,

         v.                          CAUSE NO. 3:26-CV-552-CCB-SJF

BRIAN ENGLISH,

      Respondent.

## **<u>ORDER</u>**

Immigration detainee Ernel Chambers, representing himself, was ordered to show cause as to why this case should not be dismissed for futility by May 21, 2026. ECF 4. He was cautioned that, if he did not respond by that deadline, this case would be dismissed without further notice. *Id.* That date has passed, and Chambers has not filed a response. In sum, it appears that Chambers has abandoned this case.

For these reasons, the court **DISMISSES** this case.

SO ORDERED on June 3, 2026.

                    */s/Cristal C. Brisco*
                    CRISTAL C. BRISCO, JUDGE
                    UNITED STATES DISTRICT COURT